

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00165-CV

**IN THE MATTER OF K.W.F.**, a Juvenile

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. J17-36
Honorable N. Keith Williams, Judge Presiding

**ORDER**

In accordance with the court's opinion issued this date, the appeal is DISMISSED FOR WANT OF JURISDICTION without prejudice.

It is so **ORDERED** on June 5, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
Keith E. Hottle, Clerk of Court